UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>A. JENKINS, et al.,<br><br>    Defendants. | No. 2:19-cv-0442 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendant Jenkins violated his rights under the First and Eighth Amendments. By order dated July 31, 2020, this action was referred to the court's Post-Screening Alternative Dispute Resolution (ADR) Project. (ECF No. 37.) Defendants now move to opt out of the post-screening ADR project. (ECF No. 39.) In support of their motion they allege that the settlement conference would be a waste of judicial resources. Accordingly, the motion to opt out will be granted.

////
////
////
////
////

1

IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 39) is granted.
2. Defendants shall file a responsive pleading within forty-five days of the date of this order.

Dated: October 12, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/blac0442.opt.out