UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>A. JENKINS, et al.,<br><br>  Defendants. | No. 2:19-cv-0442 TLN DB P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested an extension of time to file an opposition to defendant's motion to revoke plaintiff's in forma pauperis status. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 47) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: January 8, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/ORDERS/PRISONER/CIVIL.RIGHTS/blac0442.36opp