UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>A. JENKINS, et al.,<br><br>  Defendants. | No. 2:19-cv-00442 TLN DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on the claims in plaintiff's first amended complaint ("FAC") against defendant Jenkins for violations of plaintiff's rights under the First and Eighth Amendments. (ECF No. 31.)

On April 14, 2021, plaintiff's IFP status was revoked and plaintiff was ordered to pay the filing fee or this action would be dismissed. (ECF No. 14.)  Records show that plaintiff has paid the full filing fee.  As such, defendant will be ordered to file a responsive pleading.

Plaintiff previously filed a request a receipt for payment as to the outstanding portion of his filing fee (ECF No. 58) and later submitted a request for status as to the payment of his filing fee (ECF No. 62).  Previously, payment had not been received by the court so no receipt was issued.  (Id.)  However, the docket now reflects that payment was received and a receipt was

////

1

issued to the plaintiff on August 17, 2021.  As such, plaintiff's request for a receipt of payment (ECF No. 58) will be denied as moot.

Accordingly, IT IS ORDERED that:

1. Defendant shall file a responsive pleading within forty-five days from the filed date of this order; and
2. Plaintiff's request for receipt of payment (ECF No. 58) is denied as moot.

Dated:  August 18, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.answ