IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY KARL BLACKWELL,** <br><br> Plaintiff, <br><br> v. <br><br> **A. JENKINS, et al.,** <br><br> Defendants. | Case No. 2:19-cv-00442 TLN DB <br><br> ~~[PROPOSED]~~ ORDER |

Good cause appearing, Defendant's Request to Modify the Discovery and Scheduling Order (ECF No. 67) is granted.  The discovery cut-off date shall be extended by ninety days, from February 4, 2022, to May 5, 2022, solely for Defendant to conduct Plaintiff's deposition.  All other discovery shall remain closed after the discovery cut-off date.  The associated deadline to file pretrial motions, including dispositive motions, shall be extended by ninety days, from April 29, 2022 to July 28, 2022.

IT IS SO ORDERED

DATED: January 26, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.eot.dso

1