UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:19-cv-00442 TLN DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| A. JENKINS, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B). Plaintiff alleges defendant violated his Eighth and First Amendment rights.

    On October 5, 2021, the court issued a discovery and scheduling order which set deadlines for discovery and related motions. (ECF No. 67.) On January 27, 2022, plaintiff filed a motion to compel discovery. (ECF No. 72.) Pursuant to Local Rule 230(l), any opposition or non-opposition to granting a motion must be filed within twenty-one (21) days of the date of service of the motion.

    More than twenty-one days have passed. Defendant has not filed a timely opposition or statement of non-opposition to plaintiff's motion to compel. Accordingly, defendant will be ordered to file an opposition, a statement of non-opposition, or show cause why defendant's failure to respond should not be considered non-opposition to the motion. Defendant is warned

1

that, under Local Rule 230(c), the court may consider defendant's failure to timely file opposition to the motion to compel as non-opposition the motion and may result in a recommendation that plaintiff's motion be granted.

For the foregoing reasons, IT IS HEREBY ORDERED that on or before April 12, 2022, the defendant shall file an opposition to plaintiff's motion to compel, statement of non-opposition to plaintiff's motion to compel, or show cause why defendant's failure to oppose the motion to compel should not be considered non-opposition by the defendant.

DATED: March 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.osc