UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JENKINS, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-00442 TLN DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges defendant violated his Eighth and First Amendment rights. Presently before the court is plaintiff's motion to exclude plaintiff's arrest and conviction record from trial.  (ECF No. 75.)  For the reasons stated below, this motion will be denied as premature. Plaintiff has also filed a notice of failure to comply with court order that will be addressed.  (ECF No. 76.)

**PLAINTIFF'S MOTION TO EXCLUDE**

　　　　On April 25, 2022, plaintiff filed a motion to exclude plaintiff's arrest and conviction record from trial.  (ECF No. 75.)  This one-page motion seeks the exclusion of evidence at trial. The limitation or exclusion of evidence at trial is dealt with by motions in limine.  United States v. Heller, 551 F.3d 1108, 1111 (9th Cir. 2009).  Motions in limine are motions that are made at the outset of trial.  Id. at 1111-12.  Plaintiff's motion is properly considered a motion in limine.

1

As such, this motion (ECF No. 75) is premature as the dispositive motion deadline has not passed, pretrial statements have not been filed, and a trial date has not been set. It will be denied as premature. The court will inform parties when it is time for motions in limine to be filed.

### PLAINTIFF'S NOTICE OF FAILURE TO COMPLY

Plaintiff has also filed a notice which claims that defendants failed to comply with a court order directing defendants "to comply with plaintiff's motion to compel discovery." (ECF No. 76 at 1.) Plaintiff appears to have misinterpreted the court's order to show cause which ordered defendants to either file an opposition to plaintiff's motion to compel or show cause why the failure to oppose should be considered a non-opposition. (ECF No. 73.) The court did not order defendants to "comply" with plaintiff's motion to compel discovery. (See Id.) Defendants filed an opposition to plaintiff's motion (ECF No. 74) and the court has since denied plaintiff's motion to compel (ECF No. 77). While this document appears to only be a notice, to the extent it is intended as a motion, it is denied as moot as plaintiff's motion to compel has been denied.

### CONCLUSION

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion to exclude plaintiff's arrest and conviction record from trial (ECF No. 75) is denied without prejudice as premature.

DATED: May 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.in.limine

2