IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RODNEY KARL BLACKWELL,**

Plaintiff,

v.

**A. JENKINS, et al.,**

Defendants.

Case No. 2:19-cv-00442 TLN DB

**[PROPOSED] ORDER**

Good cause appearing, Defendant's Request to Modify the Discovery and Scheduling Order (ECF No. 71) is granted. The deadline to file pretrial motions, including dispositive motions, shall be extended by sixty days, from July 28, 2022 to September 26, 2022.

IT IS SO ORDERED

Dated: July 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.36disp

1

[Proposed] Order (2:19-cv-00442 TLN DB)