IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY KARL BLACKWELL,** | Case No. 2:19-cv-00442 TLN DB |
| Plaintiff, | **ORDER** |
| v. | |
| **A. JENKINS, et al.,** | |
| Defendants. | |

Defendant requests to modify the discovery and scheduling order to extend the deadline for pretrial motions. This is defendant's second request to extend this deadline. (See ECF Nos. 87, 92.)

Good cause appearing, Defendant's Request to Modify the Discovery and Scheduling Order (ECF No. 71) is granted. The deadline to file pretrial motions, including dispositive motions, shall be extended by thirty days, from September 26, 2022 to October 26, 2022.

IT IS SO ORDERED

DATED: October 7, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/Prisoner Inbox/Civil Rights/R/blac0442.36disp(2)