1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:19-cv-0442 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| A. JENKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendant Jenkins violated his rights under the First and Eighth Amendments.

Defendant filed a motion for summary judgment on October 26, 2022. (ECF No. 96.) Plaintiff's filing in response argued that the motion for summary judgment was premature because there was a pending motion for reconsideration when the motion was filed. (ECF No. 100.) The undersigned advised that the pending motion for reconsideration did not halt case proceedings and directed plaintiff to file a response to the motion for summary judgment within thirty days. (ECF No. 102 at 3-4.) Those thirty days have passed, and plaintiff has not filed a response to defendant's summary judgment motion. However, plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment. (ECF No. 105.)

////

Plaintiff seeks additional time to respond due to his "extenuating health problems." (Id. at 1.) However, he has not specified how much time he needs to respond to the motion. Good cause appearing, the court will grant the motion. However, plaintiff is advised that in any future request for an extension of time he should specify not only the reason he needs additional time, but also the amount of time requested. Moreover, he is cautioned that further requests for additional time to file a response to defendants' summary judgment motion will be scrutinized due to the amount of time plaintiff has already had to prepare his opposition.

Plaintiff has also filed a document objecting to the undersigned's order denying his motion for reconsideration. (ECF No. 103.) Plaintiff is advised that filing an objection[1] to an order has no effect on the deadline for filing an opposition.

By order dated September 20, 2022, the undersigned denied plaintiff's motions to compel. (ECF No. 91.) Thereafter, plaintiff filed a motion for reconsideration of the undersigned's order denying the motions to compel. (ECF No. 94.) Because the undersigned's name appeared in the caption of plaintiff's motion, it was construed as a motion seeking reconsideration by the undersigned. (Id. at 1.) However, plaintiff's April 18, 2023, filing makes clear that he sought reconsideration by the assigned District Judge. (ECF No. 103 at 1-2.) Accordingly, the undersigned will vacate the order denying the motion so that the district court may rule on plaintiff's motion for reconsideration.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension time (ECF No. 105) is granted;

2. Plaintiff shall file his response to defendants' motion for summary judgment within thirty days of the date of service of this order; and

////

////

////

---

[1] The court further notes that the local rules provide for filing objections when the magistrate judge issues findings and recommendations. However, the court's March 21, 2023 ruling was an order rather than findings and recommendations. Thus, to the extent plaintiff seeks modification of the ruling he should move for reconsideration pursuant to Local Rule 230.

3. The undersigned's March 21, 2023, order (ECF No. 102) is vacated with respect to the court's ruling[2] on plaintiff's motion for reconsideration.

Dated: May 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/blac0442.eot+recon

---

[2] While this order vacates the undersigned's ruling on plaintiff's motion for reconsideration, the rulings on plaintiff's motion to exclude (ECF No. 95) and motion for extension of time remain in effect.

3