UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY KARL BLACKWELL,

Plaintiff,

v.

A. JENKINS et al.,

Defendants.

No. 2:19-cv-00442 TLN DB P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. He alleges that defendant conducted multiple, retaliatory searches of his cell in 2019, in violation of the First and Eighth Amendments. (See ECF No. 22.) On August 24, 2023, the undersigned issued findings and recommendations recommending that defendant's motion for summary judgment be granted. (ECF No. 112.) Any objections to the findings and recommendations were due on or before September 13, 2023. (Id.)

On September 13, 2023, plaintiff filed a motion for extension of time to file objections to the August 24 findings and recommendations.[1] (ECF No. 114.) Specifically, he requests sixty

////

---

[1] Under the prison mailbox rule, a document is deemed served or filed on the date a prisoner signs the document and gives it to prison officials for mailing. See Houston v. Lack, 487 U.S. 266, 276 (1988) (establishing the prison mailbox rule); Campbell v. Henry, 614 F.3d 105, 1059 (9th Cir. 2010) (applying the mailbox rule to both state and federal filings by incarcerated inmates).

1

days to file objections.  (Id.) He does not explain why a sixty-day extension of time is necessary. (Id.)

The court will grant in part and deny in part the motion for extension of time.  Plaintiff has failed to state adequate grounds for extending the deadline by sixty days, but he will be granted thirty days from the date of this order to file objections.  Should plaintiff believe that additional time is necessary, he may renew his motion to extend the deadline by sixty days, but must identify the reasons why the extension is warranted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 114) is granted in part and denied in part; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the August 24, 2023 findings and recommendations (ECF No. 112).

Dated: September 27, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.36.obj