UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. JENKINS, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-00442 TLN DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On August 24, 2023, the undersigned issued findings and recommendations recommending that defendant's motion for summary judgment be granted.  (ECF No. 112.)  Objections were due within twenty days.  (Id.)  On September 13, 2023, plaintiff filed a motion for an extension of time requesting sixty additional days to file objections.  (ECF No. 114.)  The court granted in part and denied in part the motion.  (ECF No. 116.)  It granted plaintiff thirty additional days to file objections, noting that plaintiff did not explain why a sixty-day extension was necessary.  (Id. at 2.)

　　　　Presently before the court is plaintiff's second motion for an extension of time.  (ECF No. 117.)  He does not request that the court extend the deadline by a specific amount of time.  (Id.)  Plaintiff states that he has carpal tunnel syndrome, which impedes his ability to write for long

////

1

periods of time, and that he requires additional time to research the cases the undersigned relied on in the findings and recommendations.  (Id.)

In light of plaintiff's medical condition, the court will grant him thirty days from the date of this order to file objections.  No further extensions of time will be granted for this purpose.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 117) is granted;
2. Any objections to the findings and recommendations shall be filed not later than thirty days from the date of this order; and
3. Absent extraordinary circumstances, no further extensions of time will be granted for this purpose.

Dated:  October 31, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/blac0442.36(2)

2