UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:19-cv-0442-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| A. JENKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims Defendant Jenkins violated his rights under the First and Eighth Amendments. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 112.) Plaintiff filed objections to the findings and recommendations. (ECF No. 119.) Plaintiff also filed a request for judicial notice concurrently with the objections. (ECF No. 120.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

////

1

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 24, 2023 (ECF No. 112) are ADOPTED IN FULL;
2. The Court GRANTS Defendant's motion for summary judgment (ECF No. 96);
3. All pending motions are DISMISSED as moot; and
4. The Clerk of the Court is directed to close this case.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge